UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRY DEARING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV337MLM |
| | ) |
| JOHN E. POTTER, | ) |
| POSTMASTER GENERAL, and | ) |
| NATIONAL ASSOCIATION OF LETTER | ) |
| CARRIERS OF THE AFL-CIO 343, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion entered this day and incorporated herein,

**IT IS HEREBY ORDERED**, **ADJUDICATED, AND DECREED** that Plaintiff's First Amended Complaint is **DISMISSED**. (Doc. 7).

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this  6th  day of  June, 2005.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com